# Memorandum

*Eastern District of Virginia*
**United States Attorneys Office**

| Subject | Date |
|---|---|
| *U.S. v. Kent Maerki, et al*<br>Criminal No. 2:19cr47 | May 6, 2019 |
| To<br>Clerk of the Court<br>U.S. District Court | From<br>Melissa E. O'Boyle, *MEO/wh*<br>Assistant U.S. Attorney |

    Please issue ten (10) blank subpoenas in the above-referenced case. The trial is scheduled for January 21, 2020 at 10:00 a.m., in Norfolk before the Honorable Robert G. Doumar, U.S. District Court Judge.

    Thank you.