IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

v.                                                          Criminal No. 2:19-cr-47

KENT MAERKI, et al.,

      Defendants.

## AGREED ORDER

On this day, this matter came before the Court on the defendants' unopposed motion to continue the trial currently scheduled for January 21, 2020. The Court finds that good cause has been shown and that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial. Accordingly, the defendants' motion is GRANTED.

Counsel for all parties are directed to contact the clerk to schedule a mutually agreeable trial date.

It is so ORDERED.

                                                                                 _____
                                                                                 Honorable Raymond A. Jackson
                                                                                 United States District Judge

Date: _____
Norfolk, Virginia