## AGHEE SMITH – DISCOVERY CONTENTS

| PRODUCTION NO. | CONTENTS | SIZE | NOTES |
|---|---|---|---|
| 1 | 158 pages in .pdfs | 42.1 MB | Loaded to Casepoint |
| 2 | 123 audio files<br>44 video files | 6.09 GB | Loaded to Casepoint |
| 3 | 156,576 files – word, .pdf & Excel spreadsheets<br>(was 202,224 files) | 1.59 TB<br>(was 2.29 TB) | Not in Casepoint |
| 4 | 185,286 pages in .pdfs<br>2 excel spreadsheets | 183 GB | Loaded to Casepoint |
| TOTALS | | 1.77 TB | |



DEFENDANT'S EXHIBIT 1