# Memorandum

Eastern District of Virginia
**United States Attorneys Office** 

| Subject | Date |
|---|---|
| U. S. v. Daryl G. Bank, et al;  # 2:17-cr-126<br>U. S. v. Kent Maerki, et al;  # 2:19-cr-47 | February 24, 2020 |

| To | From |
|---|---|
| Clerk of the Court<br>U.S. District Court | Elizabeth M. Yusi, AUSA |

    Please issue one hundred (100) blank trial subpoenas for witness testimony in the trial for the above referenced cases. Trial is set for July 7, 2020 at 10:00 am before District Judge Raymond A. Jackson.

    Thank you.